AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF  KANSAS

SHELBY MOSES,

JUDGMENT IN A CIVIL CASE

**Plaintiff**

V.

CASE NUMBER: 05-2488-KHV

CHRIS HALSTEAD,              Defendant
and
ALLSTATE INSURANCE COMPANY,

**Garnishee**

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Garnishee Allstate Insurance Company's Motion For Reconsideration, Or For New Trial (Doc. #105) filed August 2, 2007 be and hereby is SUSTAINED.

IT IS FURTHER ORDERED that the Judgment For Plaintiff entered July 23, 2007, be and hereby is VACATED.

10/23/2007                                           INGRID A. CAMPBELL, ACTING CLERK
*Date*                                                   *Clerk*

                                                        s/Carol Kuhl
                                                        *(By) Deputy Clerk*